IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA ROGERS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPIC HEALTH SERVICES, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　　Civil Action No. 3:13-cv-1752-O<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Compel Arbitration (ECF No. 17) should be **GRANTED**, and this case should be **DISMISSED** without prejudice in favor of arbitration.

**SO ORDERED** on this **17th day** of **September, 2013.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Reed O'Connor
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE